```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08146
  MARIA PSIKOS HONORE
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-1930
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/04/07 .

   2.  The case was converted to Chapter 7 without confirmation, 05/23/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

   Summary of disbursements:

|                        | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED     | .00     | .00      | .00       | .00   | .00   |
| PRINCIPAL PAID         | .00     | .00      | .00       | .00   | .00   |
| INTEREST PAID          | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID             | .00     | .00      | .00       | .00   | .00   |

The Debtor's attorney, KAREN WALIN                   , was allowed $     .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .




   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 08/17/07              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                             PAGE   2
       CASE NO. 07 B 08146 MARIA PSIKOS HONORE
```